```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jodi Bourgeois

    v.

                                                 Case No. 1:23-cv-00354-PB

The TJX Companies, Inc.

## JUDGMENT

    In accordance with the Endorsed Order by Judge Paul Barbadoro dated January 5, 2024, judgment is hereby entered.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                              By the Court:

                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: January 5, 2024

cc: Counsel of Record