# United States Court of Appeals
## For the First Circuit

No. 24-1086

JODI BOURGEOIS,

Plaintiff, Appellant,

v.

THE TJX COMPANIES, INC.,

Defendant, Appellee.

---

No. 24-1093

PAMELA SMITH,

Plaintiff, Appellant,

v.

HOME DEPOT U.S.A., INC.,

Defendant, Appellee.

---

No. 24-1150

JODI BOURGEOIS,

Plaintiff, Appellant,

v.

THE GAP, INC., et al.

Defendant, Appellee.

---

**JUDGMENT**

Entered: February 14, 2025

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district courts' orders are affirmed.

Appellants' opposed motion to take judicial notice of an amicus brief in an unrelated case is denied.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Benjamin Thomas King, Matthew A. Girardi, Philip Lawrence Fraietta, Nathan R. Fennessy, Phillip Craig Cardon, Benjamin O. Aigboboh, Isham Cason Hewgley IV, Sidney Stewart Haskins II, Anne M. Voigts, Michael Roth